**Order filed October 28, 2021.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-21-00292-CV
_____

## C4 FOOD TRUCK, LLC AND ANDY CARDENAS, Appellants

## V.

## KEITH LEWIS AND CHA'QUANIA LEWIS, Appellees

---

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2019-47196**

---

## ORDER

This appeal was reinstated October 19, 2021, following a stay for mediation. The clerk's record has been filed. The reporter's record was originally due June 28, 2021. *See* Tex. R. App. P. 35.1. The docketing statement reflects the reporter's record was electronically recorded. The court recorder has not filed an information sheet or a motion to extend time for filing the record, and the record has not been filed with the court. Accordingly, we issue the following order.

We order the court recorder for the 270th District Court to file with this court a recorder's record that complies with Texas Rule of Appellate Procedure 34.6(a)(2) within **15 days** of the date of this order.

Appellant's brief shall be due **30 days** after the recorder's record is filed. We direct the parties to Rule 38.5 of the Texas Rules of Appellate Procedure, which outline the procedures the parties are expected to abide by in the case of electronically recorded proceedings. *See* Tex. R. App. P. 38.5.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Hassan and Poissant.